## Goodwin v. The State.

Appeal from Mobile City Court.

Tried before the Hon. O. J. Semmes.

McCarron & Lewis, for appellant.

Wm. C. Fitts and Jas. H. Webb, for the State.

The appellant, Phillip Goodwin, was indicted, tried and convicted of murder in the first degree, and sentenced to suffer death. Judgment affirmed.
Opinion by Coleman, J.

---

## Saunders v. The State.

Appeal from Henry Circuit Court.

Tried before the Hon. J. R. Tyson.

No counsel marked for appellant.

W. C. Fitts, Attorney-General, for the State.

The appellant was indicted, tried and convicted for murder in the first degree, and sentenced to the penitentiary for life. Judgment reversed and cause remanded.
Opinion by Haralson, J.